# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 9, 2008

Charles R. Fulbruge III
Clerk

No. 07-51374
Conference Calendar

UNITED STATES OF AMERICA

                            Plaintiff-Appellee

v.

LUIS CARLOS ESCAJEDA

                            Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-CR-2306-ALL

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Luis Carlos Escajeda raises arguments that are foreclosed by Irizarry v. United States, 128 S. Ct. 2198, 2203-04 (2008), which held that the district court is not required to provide notice prior to sentencing of its sua sponte intention to impose a sentence that is a variance from the recommended sentencing guidelines range. See United States v. Mejia-Huerta, 480 F.3d 713, 723 (5th Cir. 2007), cert. denied, ___ S. Ct. ___,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2008 WL 2484735 (June 23, 2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.